UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **RILEY FLETCHER, ET AL.** | **CASE NO. 3:23-CV-00503** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **DIANE WROTEN, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' motion to remand [Record Document 13], is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' claims against Defendant Diane Wroten are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** this _18th____ day of September, 2023.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE